IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SUMTER NATIONAL BANK

v.                                NO.  4:05CV00019 SWW

JOHN T. LEWIS

**ORDER**

A Notice having been filed by defendant that litigation is pending in the United States Bankruptcy Court which may become dispositive of the matters pending herein,

IT IS ORDERED that the Clerk administratively terminate this action in his records without prejudice to the right of plaintiff to reopen the proceedings against defendant once the stay is lifted.  All pending motions are denied without prejudice to the right of the moving party to refile such motion in the same or altered form should this action be reopened.

DATED this 16th day of November, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE